```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**STEPHEN LAMONT CROSBY**                                          **PETITIONER**

**VS.**                                        **CIVIL ACTION NO. 3:04-CV-898BS**

**DONALD CABANA AND JIM HOOD**                                    **RESPONDENTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order which adopts the Report and Recommendation of Magistrate Judge, this case is hereby dismissed with prejudice.

SO ORDERED this the 15th day of May, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj